# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**RECEIVED**

**JAN 22 2021**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),

vs.

Case No. ___21-cv-172 PJS/KMM___
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff   Shawn Gralish

   Name   US Gout

   Street Address   110 E 18th Street Apt 411

   County, City   Hennepin / Minneapolis

   State & Zip Code   MN 55403

   Telephone Number   763 -222 -5091

**SCANNED**
**JAN 25 2021**
**U.S. DISTRICT COURT MPLS**

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1    US Govt   (FBI)

      Name

      Street Address    101 S Jackson, El Dorado AR 71730

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Shawn Grit'sh     State of Citizenship:

    Defendant No. 1:        State of Citizenship:

    Defendant No. 2:        State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☒ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

    ☒ Other: explain
    The Judge told me I need to sue the US Government but didn't say which Branch or give me the address.

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. I was wrongfully committed while wearing on FBI wire which was put on me without warrants in my home and clothes and the doctors, lawyers and judges commited me for being schizophrenic. I have contacted the DOJ the CIA and have proof of all my letters sent to them as well as a picture of me being a candidat for a special agent position there. They are using a team of psyches to keep me up for 6 days at a time to interrogate me and they made me an FBI informant while having me on these unconstitutional wires.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want to be paid 1,000,000 in compensation

4

Signed this ___ day of ___ ___

Signature of Plaintiff _Shawn Gradish_

Mailing Address
110 East 18th Street Apt 411

Telephone Number 763 - 252 -509

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

I would like to refile this Lawsuit on the grounds of the evidence I am including in my documents originally the FBI did not have a federal warrant to enter my mom's house to put camera's in my house and wires in my clothing. They are using a team of psychics and special agents to do this to me. While being on this wire I was wrongfully committed. While on this wire they followed me from 2A Oak Rd Circle Pines, MN to 1928 Stevens Ave in Minneapolis, MN 55403 and then to 110 E 18th Street Minneapolis, MN 55014. They installed wires and Cameras in all of these residences. They used undercover Special Agents from the FBI who do not reveal their true identity to do this so they is no way of proving who they are. I am asking this lawsuit be switched to a jury trial to subpoena the agents from the FBI who did this. I am also asking the psychics who are on this wire doing this be subpoenaed as well. They have told me repeatedly that they are going to deny this and that is why I am doing this. You say I need to sue the U.S. Government when it is actually this particular agency on this wire. They also claim the CIA is on this wire as well. I would like them subpoenaed as well. They did not have warrants to enter the first two residents and my apartment building. I would also like to subpoena certain people from 1928 Stevens Ave Minneapolis, MN 55403 and 110 East 18th Street Apt 411 who allowed the agents without warrants to enter my residences without warrants.  I was wrongfully committed at HCMC hospital. I am asking the court for an extension so I can find an attorney to represent me because I believe the FBI is watching me on this wire and contacting every attorney to block me from getting me an attorney. I am also asking for an extension so I can obtain copies of the all the reports that have filed to the DOJ and the CIA for what they are doing to me. You are saying I need to sue the U.S. Government but who do I need to bring this lawsuit against then and serve from the U.S. Government.