UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Gralish,

                               Plaintiff,

Case No. 21-cv-172-PJS-KMM

v.                                                ORDER

United States Government (FBI),

                               Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated March 2, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT:**

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of Mr. Gralish [ECF No. 2] is **DENIED.**

**Let Judgment Be Entered Accordingly.**

Date: 3/26/21

                                                      PATRICK J. SCHILTZ
                                                United States District Court Judge